IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | | |
|---|---|---|---|
| THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS, | ) ) ) ) ) | District Judge: | Frederick J. Kapala |
| Plaintiffs, | ) ) ) | Magistrate Judge: | P. Michael Mahoney |
| vs. | ) ) ) | Case No: | 13-cv-50317 |
| A2Z FLOORING BY LOCKHART, INC., | ) ) | | |
| Defendant. | ) | | |

## MOTION FOR ENTRY OF DEFAULT
## IN A SUM CERTAIN

Plaintiffs, The Construction Industry Retirement fund of Rockford, Illinois, and The Construction Industry Welfare Fund of Rockford, Illinois, (hereinafter referred to as "Plaintiffs" or "the Funds"), for their Motion for Entry of Default in a Sum Certain against Defendant, A2Z Flooring by Lockhart, Inc., state as follows:

1. Plaintiffs filed a Complaint in this matter on October 2, 2013. (Dkt # 1).

2. Defendant, A2Z Flooring by Lockhart, Inc.. was served with the Complaint and Summons on November 10, 2013, making its responsive pleading due no later than December 2, 2013. (Dkt # 8).

3. To date, Defendant has not had an appearance filed on its behalf, or filed any form of responsive pleading.

4. Pursuant to the Complaint, Defendant, A2Z Flooring by Lockhart, Inc., is liable for unpaid contributions to the Funds which were accrued during the period from July 1, 2012 to date, pursuant to the Collective Bargaining Agreement and subsequent trust agreements to which

Defendant is bound.

5. Pursuant to the Complaint, Defendant is liable for unpaid contributions to the Funds and late fees which were accrued beginning July 1, 2012 to date, pursuant to the Collective Bargaining Agreement and subsequent trust agreements to which Defendant is bound.

6. According to the Affidavit of Shelli McPeek on behalf of the Funds, attached hereto as Exhibit A, Defendant is liable for $115,818.86 in unpaid contributions, audit fees, and liquidated damages, all of which are recoverable under the applicable agreements.

7. The Declaration Regarding Attorney's Fees, attached as Exhibit B, indicates that an additional $2,465.00 is due and owing for the costs and attorneys fees incurred in pursuing this case against defendant, the recovery of which is provided for in the applicable agreements.

8. Based upon the forgoing, a default judgment should enter under Rule 55(b) in the amount of **$118,283.86** ($115,818.86 in unpaid contributions, liquidated damages, and audit costs, plus $2,465.00 in attorney's fees and costs = $118,283.86).

WHEREFORE, Plaintiffs respectfully move this Court for entry of a default judgment against Defendant, A2Z Flooring by Lockhart, Inc., in the amount of $118,283.86.

                                                                           THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, Plaintiffs,

By:    WILLIAMSMCCARTHY, LLP

/s/    Troy E. Haggestad

Troy E. Haggestad, Esq. (#06229384)
WilliamsMcCarthyLLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815/987-8900
E-mail: thaggestad@wilmac.com

## CERTIFICATE OF LAWYER AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1) On January 29, 2014, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system; and

2) On January 29, 2014, the foregoing document was placed in the U.S. mail with postage paid, addressed to the following:

> A2Z Flooring by Lockhart, Inc.
> c/o Steven Lockhart, President
> 2825 Balsam Court
> Rockford, IL 61109

/s/ Troy E. Haggestad

Troy E. Haggestad, Esq. (#06229384)
WilliamsMcCarthyLLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815/987-8900
E-mail: thaggestad@wilmac.com